# MICHAEL N. PEDICINI
### ATTORNEY AT LAW

60 WASHINGTON STREET
MORRISTOWN, NJ 07960

Phone: (973) 285-1555
Fax:    (973) 984-0430

E-Mail Address:
michael.pedicini@verizon.net

July 2, 2008

Honorable Peter G. Sheridan
United States District Judge
United States District Court
M.L. King, Jr. Federal Building & Courthouse
50 Walnut Street
Newark, NJ 07102

        Re:    United States v. Robert Henches
                Criminal No.: 06-0927(PGS)

Dear Judge Sheridan:

      On Monday, June 30th, you sentenced Mr. Henches to the custody of the Bureau of Prisons for a term of 43 months. Subsequent to sentencing Mr. Henches and I spoke and he asked that I request that you recommend Mr. Henches be designated to the Federal Correctional Institution at Schuylkill, Pennsylvania. This institution is in close proximity to Mr. Henches's family, which is consistent with your recommendation to the Bureau of Prisons at sentencing that he be designated to an institution nearby his family, and is consistent with what I anticipate will be his security level designation. Assistant U.S. Attorney Robert Kirsh has no objection to this request.

      Of course, both Mr. Henches and I realize that any recommendation by the Court will not necessarily be followed by the Bureau of Prisons. Such a suggestion by Your Honor maybe helpful in him obtaining a designation consistent with the stated intention of the Court.

      Thank you for your consideration.

Respectfully yours,

Michael N. Pedicini

cc:    Robert J. Kirsch, Esq. - AUSA - *(via e-mail)*
       Louis C. Esposito, Esq. - *(via e-mail)*
       Robert Henches - *(via e-mail)*